Priscilla HINES, Plaintiff–Appellant,

v.

UNITED STATES GOVERNMENT, Social Security Agency Retirement Litigation Branch, Defendant–Appellee.

No. 06–1319.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 15, 2006.

Decided: Nov. 17, 2006.

Priscilla Hines, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Priscilla Hines appeals the district court's order dismissing her complaint seeking social security benefits and denying her mandamus petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hines v. United States,* No. 5:04–cv–00726–FL (E.D.N.C. Jan. 26, 2006). We deny Hines' motion for judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*